UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
J.M., *individually and on behalf of* A.M., *and* I.P.,:
*individually and on behalf of* A.M.,                        :
                                                             :
                                  Plaintiffs,    :             25-CV-7996 (VSB)
                                                             :
                     -against-                   :             **ORDER**
                                                             :
NEW YORK CITY DEPARTMENT OF                      :
EDUCATION *and* CHANCELLOR MELISSA               :
AVILES-RAMOS,                                    :
                                                             :
                                  Defendants.    :
                                                             :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within sixty (60) days.

SO ORDERED.

Dated:  February 13, 2026
    New York, New York

              Vernon S. Broderick
              United States District Judge